

## NUMBER 13-24-00324-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI – EDINBURG

---

### IN THE INTEREST OF C.E.R.M., A CHILD

---

### ON APPEAL FROM THE 23RD DISTRICT COURT
### OF MATAGORDA COUNTY, TEXAS

---

## MEMORANDUM OPINION

**Before Justices Silva, Peña, and Cron**
**Memorandum Opinion by Justice Cron**

Appellant Kaitlan Ross perfected an appeal from several orders issued by the 23rd District Court of Matagorda County, Texas, in cause number 18-E-0625. On January 23, 2025, appellant filed an amended motion for voluntary dismissal requesting that this Court grant her motion and dismiss her appeal. Appellee, the Texas Office of the Attorney General, is unopposed.

The Court, having considered the documents on file and the amended motion for voluntary dismissal, is of the opinion that the motion should be granted. *See* TEX. R. APP.

P. 42.1(a). Appellant's amended motion for voluntary dismissal is granted, and the appeal is hereby dismissed. Costs are taxed against the party incurring same. *See id.* R. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

JENNY CRON
Justice

Delivered and filed on the
30th day of January, 2025.